UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Jacksonville Division

**MARKEIUS COFFEE,**

    **Plaintiff,**

v.                                       Civil Action No.: 3:21-cv-01194-TJC-JBT

**EXPERIAN INFORMATION
SOLUTIONS, INC.;** *et al.*,

**Defendants.**

_____/

## STIPULATION TO SUBSTITUTE DEFENDANT

Plaintiff, by Counsel, and Substitute Defendant Consumer Adjustment Company, Inc, also by Counsel, hereby stipulate to the substitution of Consumer Adjustment Corporation, Inc. as a Defendant in this action in the place of Midwest. Plaintiff requests Midwest Asset Group, LLC be dismissed without prejudice from the action.

By this substitution, Midwest will no longer be a Defendant in this matter.

January 13, 2022.

                                                             Respectfully Submitted,

                                                             **MARKEIUS COFFEE,**

                                                             By:    */s/ Craig C. Marchiando*
                                                            Craig Marchiando, Fla. Bar No. 1010769
                                                            **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                                            763 J. Clyde Morris Blvd. 1-A
                                                            Newport News, VA 23601

(757) 930-3660 – Telephone
(757) 930-3662 – Facsimile
Email: craig@clalegal.com

*Counsel for Plaintiff*

/s/ Sangeeta Spengler
Sangeeta Spengler, Esq.
FBN: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Direct: (813) 251-3661
Fax: (813) 251-3675

*Counsel for Defendant Defendant Consumer Adjustment Corporation, Inc.*

2