# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

| | | |
|---|---|---|
| **MARKEIUS COFFEE,** | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:21-cv-01194 |
| | ) | |
| v. | ) | |
| | ) | |
| **EXPERIAN INFORMATION** | ) | |
| **SOLUTIONS, INC.;** | ) | |
| **TRANS UNION LLC; CELTIC** | ) | |
| **BANK; CREDIT ONE BANK, N.A.;** | ) | |
| **LVNV FUNDING, LLC; CONSUMER** | ) | |
| **ADJUSTMENT COMPANY, INC.;** | ) | |
| **ELEVATE RECOVERIES, LLC;** | ) | |
| **COMMONWEALTH FINANCIAL** | ) | |
| **SYSTEMS, INC.; PORTFOLIO** | ) | |
| **RECOVERY ASSOCIATES, LLC;** | ) | |
| **LENDING CLUB CORPORATION,** | ) | |
| **d/b/a WEBBANK; AVANTE USA;** | ) | |
| | ) | |
| Defendants. | ) | |

## CONSUMER ADJUSTMENT COMPANY, INC.'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant Consumer Adjustment Company, Inc. ("CACi"), and as a substituted party for Midwest Recovery Systems, Inc., by and through its counsel, hereby answers the Complaint of Plaintiff, Markeius Coffee ("Plaintiff") as follows:

## PRELIMINARY STATEMENT

1.     CACi admits that Plaintiff is seeking redress for alleged violations of the Fair Credit Reporting Act (the "FCRA"), 15 U.S.C. § 1681 *et seq.,* but denies any liability under same and denies it violated the law.

2.      CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies the same.

3.      CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

4.      CACi explicitly denies receipt of any dispute by Plaintiff, denies Plaintiff was "forced to bring this action" due to CACi, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

5.      CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

6.      This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies the same.

7.     CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

8.     CACi admits that Plaintiff is seeking redress for alleged violations of the FCRA, Section 1681b(f)(1), but denies any liability under same and denies it violated the law. CACi explicitly denies it "unlawfully obtained the Plaintiff's consumer reports," denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

<u>**JURISDICTION AND VENUE**</u>

9.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi denies the allegations set forth in this paragraph.

10.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi admits only that it engages in business within the state of Florida. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

<u>**PARTIES**</u>

<u>**Defendant's Answer and Affirmative Defenses – Page 3 of 30**</u>

11.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Plaintiff, and therefore denies same.

12.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Experian, and therefore denies same.

13.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Experian, and therefore denies same.

14.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Experian, and therefore denies same.

15.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Trans Union, LLC, and therefore denies same.

16.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Trans Union, LLC, and therefore denies same.

17.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Trans Union, LLC, and therefore denies same.

18.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Celtic Bank, and therefore denies same.

19.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Celtic Bank, and therefore denies same.

20.    CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Credit One Bank, N.A., and therefore denies same.

21.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Credit One Bank, N.A., and therefore denies same.

22.    CACi lacks sufficient information to form a belief as to the allegations concerning Defendant LVNV, and therefore denies same.

23.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant LVNV, and therefore denies same.

24.    CACi admits this paragraph.

25.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi admits only that is engages in the business of collecting outstanding financial obligations, and denies the remaining allegations of this paragraph.

26.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Elevate Recoveries, LLC, and therefore denies same.

27.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Elevate Recoveries, LLC, and therefore denies same.

28.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Commonwealth Financial Systems, Inc., and therefore denies same.

29.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Commonwealth Financial Systems, Inc., and therefore denies same.

30.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Portfolio Recovery Associates, LLC, and therefore denies same.

31.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Portfolio Recovery Associates, LLC, and therefore denies same.

32.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant LendingClub Corporation, and therefore denies same.

33.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant LendingClub Corporation, and therefore denies same.

34.     CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Avante USA, and therefore denies same.

35.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations concerning Defendant Avante USA, and therefore denies same.

## **FACTUAL ALLEGATIONS**

36.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

37.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

38.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

39.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

40.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the analysis conducted by the named Courts.

41.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

42.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Court speaks for itself, and denies any allegation

inconsistent with the language or meaning of the analysis conducted by the named Courts.

43.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

44.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

45.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

46.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it was "inaccurately reporting and misattributing accounts," denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

47.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed

Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

48.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

49.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

50.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

51.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

52.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed

Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

53.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

54.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

55.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

56.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

57.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

58.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

59.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants and Plaintiff set forth in this paragraph, and therefore denies the same.

60.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations set forth concerning any remaining Defendants and what Plaintiff believes discovery will show, and therefore denies same.

61.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

62.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

63.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

64.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

65.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

66.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

67.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

68.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

69.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

70.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

71.     CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

72.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

73.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

74.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

75.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

76.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

77.     CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the

allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

78.     CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

79.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi denies the conduct alleged in the Complaint, denies it violated the FCRA, denies Plaintiff suffered harm due to CACi, and denies the remaining allegations of this paragraph.

80.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

81.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the analysis conducted by the named Courts.

82.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

83.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

84.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

85.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

86.     This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

87.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

88.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

89.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

90.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

91.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

92.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

93.    This paragraph states legal conclusions to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

94.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning the analysis conducted by the named Courts.

95.     This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning the analysis conducted by the named Courts.

96.     CACi explicitly denies being "repeatedly criticized by Federal and state regulators," denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations set forth concerning the remaining Defendants in this paragraph, and therefore denies same.

97.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

98.     CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

99.     CACi explicitly denies being aware "of substantive and detailed criticism by public interest groups,"  and states that the NCLC speaks for itself.

100.    CACi states that the NCLC Report speaks for itself.

101.    CACi states that the NCLC Report speaks for itself.

102.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation

inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

103.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the analysis conducted by the named Court speaks for itself, and denies any allegation inconsistent with the language or meaning of the analysis conducted by the named Court.

104.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA and the analysis conducted by the named Courts speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA and the analysis conducted by the named Courts.

105.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

106.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

107.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

108.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

109.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

110.    CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

## CLAIMS FOR RELIEF
## COUNT I:
## FCRA, 15 U.S.C § 1681e(b)

111.    CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

112.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

113.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

114.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

115.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

<u>**COUNT II:**</u>
<u>**FCRA, 15 U.S.C § 1681i(a)(1)**</u>

116.    CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

117.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

118.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

119.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

120.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

121.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to

form a belief as to the allegations set forth in this paragraph, and therefore denies same.

122.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

## COUNT III:
## FCRA, 15 U.S.C § 1681s-2(b)(1)(A) and (B)

123.    CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

124.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

125.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

126.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

127.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

128.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

129.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

130.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

131.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

132.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to

form a belief as to the allegations set forth in this paragraph, and therefore denies same.

## COUNT IV:
## FCRA, 15 U.S.C § 1681s-2(b)(1)(C) and (D)

133.    CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

134.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

135.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

136.    This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

137.    This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to

form a belief as to the allegations set forth in this paragraph, and therefore denies same.

138.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

139.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

140.   CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

141.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

142.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

143.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph, and therefore denies same.

## COUNT V:
## FCRA, 15 U.S.C § 1681s-2(b)(1)(E)

144.   CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

145.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies receipt of any dispute by Plaintiff, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

146.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, and denies the remainder of this paragraph.

147.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, and denies the remainder of this paragraph.

148.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, and denies the remainder of this paragraph.

## COUNT VI:
## FCRA, 15 U.S.C § 1681s-2(b)(1)(E)

149.   CACi reincorporates the statements, responses, and denials contained in all previous paragraphs above as if fully set out herein.

150.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi explicitly denies it accessed Plaintiff's credit report, denies the conduct alleged, denies it violated the FCRA, and denies the remaining allegations of this paragraph. CACi lacks sufficient information to form a belief as to the allegations concerning any remaining Defendants set forth in this paragraph, and therefore denies the same.

151.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi states that the FCRA speaks for itself, and denies any allegation inconsistent with the language or meaning of the FCRA.

152.   CACi admits this paragraph to the extent that some Court decisions are public information. CACi lacks sufficient information to form a belief as to which "regulatory advice, and multiple other sources of guidance to advise each entity of the requirements of the FCRA" that Plaintiff is speaking of, and therefore denies same and denies each and every remaining part of this paragraph not specifically admitted.

153.   This paragraph states a legal conclusion to which no response is required. To the extent a response is necessary, CACi denies the conduct alleged, denies it violated the FCRA, and denies the remainder of this paragraph.

154.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, and denies the remainder of this paragraph.

155.   This Paragraph makes up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, and denies the remainder of this paragraph.

## JURY DEMAND

156.   This paragraph is a jury trial demand to which no response is necessary.

## PRAYER FOR RELIEF

(UNNUMBERED PARAGRAPH) This Paragraph and its subparts make up a prayer for relief, to which no response is necessary. To the extent a response is required, CACi denies the conduct alleged, denies it violated the FCRA, denies Plaintiff was damaged due to CACi, denies Plaintiff is entitled to the damages listed in this paragraph and its subparts, and denies the remainder of this paragraph and its subparts. CACi lacks sufficient information to form a belief as to the allegations set forth in this paragraph concerning the remaining Defendants, and therefore denies same.

## AFFIRMATIVE DEFENSES

I.      To the extent a violation of the law occurred, which is expressly denied, such violation as the result of a bona fide error despite the adoption of procedures reasonably designed to prevent such an error.

II.      Plaintiff's damages, if any, were pre-existing and were not caused by CACi.

III.      Plaintiff failed to mitigate his claimed damages, if any.

IV.      Plaintiff proximately caused his own damages, if any.

V.      Plaintiff has failed to state a claim upon which relief may be granted.

VI.      Plaintiff's damages, if any, are the result of the actions of third parties over whom CACi has no control.

VII.      CACi acted in good faith at all times in its dealings with Plaintiff, and if any conduct by CACi is found to be unlawful, which CACi expressly denies, such conduct was not willful and should not give rise to liability.

WHEREFORE, Defendant Consumer Adjustment Company, Inc., respectfully requests this Honorable Court enter judgment in its favor, dismiss Plaintiff's Complaint with prejudice, and grant such other relief as this Court deems just and proper.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Dated: March 9, 2022,                    Respectfully submitted by:


  /s/ Sangeeta Spengler         
Sangeeta Spengler Esq.
Florida Bar No.: 0186864
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone: (813) 251-5500
Fax: (813) 251-3675
spspengler@gsgfirm.com
Counsel for Defendant