UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MARKEIUS COFFEE,

    Plaintiff,

v.                                                      Case No. 3:21-CV-01194-TJC-JBT

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; CELTIC BANK; CREDIT ONE BANK, N.A.; LVNV FUNDING, LLC; ELEVATE RECOVERIES, LLC; COMMONWEALTH FINANCIAL SYSTEMS, INC.; PORTFOLIO RECOVERY ASSOCIATES, LLC; LENDINGCLUB CORPORATION; AVANTE USA; and CONSUMER ADJUSTMENT CORPORATION, INC.,

    Defendants.
_____

**Defendant's Certificate of Interested Persons
and Corporate Disclosure Statement**

Defendant, hereby discloses the following pursuant to this Court's interested persons order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

**Markeius Coffee, Plaintiff**
c/o Octavio Gomez
The Consumer Lawyers, PLLC
3210 W. Cypress St.
Tampa, FL 33607
813-299-8537

Craig C. Marchiando
Consumer Litigation Associates P.C.
763 J Clyde Morris Blvd Ste 1-A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662

**Consumer Adjustment Company, Inc., Defendant**
c/o Counsel for CACi:
Sangeeta Spengler
GOLDEN SCAZ GAGAIN, PLLC
1135  Marbella Plaza Drive
Tampa, FL 33619
Sangeeta Spengler, Esquire

***Consumer Adjustment Company, Inc. has no parent company and is not owned by any publicly traded company.***

*Defendant, Credit One Bank, N.A., c/o counsel for Credit One;*

*Defendant, Trans Union, LLC, c/o counsel for Trans Union, LLC;*

*Defendant, LVNV Funding, LLC, c/o counsel for LVNV Funding, LLC;*

*Defendant, Experian Information Solutions, Inc., c/o counsel for Experian Information Solutions, Inc.;*

*Defendant, Portfolio Recovery Associates, LLC, c/o counsel for Portfolio Recovery Associates, LLC;*

*Defendant, LendingClub Corporation, c/o counsel for LendingClub Corporation;*

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   *None, other than those disclosed above*

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or 20 largest unsecured creditors) in bankruptcy cases:

   *None known at this time.*

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

   *None known at this time.*

   I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

    Respectfully submitted by:

    /s/ Sangeeta Spengler
    Sangeeta Spengler, ESQ.
    Florida Bar No.: 0186864
    **GOLDEN SCAZ GAGAIN, PLLC**
    1135 Marbella Plaza Drive
    Tampa, Florida 33619
    Phone: (813) 251-5500
    Fax: (813) 251-3675
    spspengler@gsgfirm.com
    Counsel for Defendant